

| | |
|---|---|
| 1  Sabrina Haurin (admitted *pro hac vice*)<br>       shaurin@baileycav.com<br>2  James M. Young (admitted *pro hac vice*)<br>       jyoung@baileycav.com<br>3  **BAILEY CAVALIERI**<br>   10 West Broad Street, Suite 2100<br>4  Columbus, Ohio 43215-3422<br>   Telephone: 614.221.3155<br>5  Facsimile: 614.221.0479<br><br>6  David Simantob, SBN 155790<br>       David.Simantob@wilsonelser.com<br>7  Shannon L. Santos, SBN 260112<br>       Shannon.Santos@wilsonelser.com<br>8  **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**<br>   555 South Flower Street, Suite 2900<br>9  Los Angeles, California 90071-2407<br>   Telephone: 213.443.5100<br>10 Facsimile: 213.443.5101<br><br>11 Attorneys for Plaintiff/Counter-Defendant<br>   SCOTTSDALE INSURANCE COMPANY | E-FILED<br>FEB - 5 2019<br>Document # _____<br>JS-6 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, an Ohio corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>CSC AGILITY PLATFORM, INC. fka SERVICEMESH, INC., a Delaware corporation, COMPUTER SCIENCES CORPORATION, a Nevada corporation, and ERIC PULIER, an individual,<br><br>  Defendants.<br><hr>CSC AGILITY PLATFORM, INC. fka SERVICEMESH, INC., a Delaware corporation,<br><br>  Counterclaimant,<br><br>vs.<br><br>SCOTTSDALE INSURANCE COMPANY, an Ohio corporation,<br><br>  Counter-Defendant. | Case No. 2:17-cv-07762-PSG (GJSx)<br>[Hon. Philip S. Gutierrez – Ctrm. 6A]<br><br>[~~PROPOSED~~] JUDGMENT IN FAVOR OF PLAINTIFF SCOTTSDALE INSURANCE COMPANY ON COMPLAINT AND COUNTERCLAIM<br><br>DATE: January 28, 2019<br>TIME: 1:30 p.m. |

---

1

[PROPOSED] JUDGMENT IN FAVOR OF PLAINTIFF SCOTTSDALE INSURANCE COMPANY ON COMPLAINT AND COUNTERCLAIM

Plaintiff Scottsdale Insurance Company's Motion for Summary Judgment ("Motion") in the above-captioned matter came before the Court ~~for hearing on January 28, 2019~~ with each party represented by counsel of record. Having read and considered the papers submitted by the parties ~~and oral argument presented during the hearing,~~ the Court granted the Motion. In adjudicating the Motion, the Court makes the following findings of fact and conclusions of law:

1. Defendants CSC Agility Platform, Inc. fka Servicemesh, Inc. and Computer Sciences Corporation (collectively "Defendants") submitted the lawsuits and investigations described in Scottsdale's First Amended Complaint to Scottsdale for coverage (the "Underlying Matters") under an insurance policy that Scottsdale issued to ServiceMesh, Inc. (the "Policy");

2. There is no coverage for the Underlying Matters by virtue of the Policy's Warranty Exclusion;

3. Scottsdale has no obligation to pay to Defendants any "Loss" for which any Defendants have indemnified or will indemnify Eric Pulier in connection with the Underlying Matters; and

4. Defendants must reimburse Scottsdale for the payments that it has made under the Policy as set forth in the Motion.

IT IS FURTHER HEREBY ORDERED THAT judgment be entered in favor of Scottsdale on its First Amended Complaint for Declaratory Relief [Doc. No. 12] and on the Answer of CSC Agility Platform, Inc. fka Servicemesh, Inc. to First Amended Complaint of Scottsdale Insurance Company for Declaratory Relief and Counterclaim for Breach of Contract and Declaratory Relief [Doc. No. 27].

IT IS SO ORDERED.

Dated: 2/5/15

Hon. Philip S. Gutierrez